UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AARON MICHAEL DAVID WACHTER,

        Defendant.

**INDICTMENT**

_____/

The Grand Jury charges:

### COUNT 1
(Threatening a Federal Official)

On or about October 26, 2025, in Ottawa County, in the Western District of Michigan, Southern Division,

**AARON MICHAEL DAVID WACHTER**

threatened to assault and murder a Senior Special Agent of the United States Secret Service, with intent to impede, intimidate and interfere with the agent while he was engaged in the performance of his official duties, and to retaliate against him on account of the performance of his official duties.

18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 115(b)(4)
18 U.S.C. § 115(c)(1)

## COUNT 2
(Interstate Threatening Communication)

On or about October 26, 2025, in Ottawa County, in the Western District of Michigan, Southern Division,

**AARON MICHAEL DAVID WACHTER**

transmitted a communication in interstate commerce containing a threat to injure and kill another, knowing, and recklessly disregarding a substantial risk, that his communication would be viewed as threatening violence.

Specifically, the defendant wrote on X, "@Secret Service If ur corrupt agent comes to my house again i will defend myself and my family. if u wanna talk to me peacefully u better bring at least @DNIGabbard [Director of National Intelligence Tulsi Gabbard] @SecWar [Secretary of War Pete Hegseth] and @GenFlynn [former National Security Adviser Michael Flynn] all 3 and let me record footage of me leaving with you or I am 100% shooting myself or u before you can take me. I will not work with the secret service unless trump himself assigns me a team of agents not just 1. and just so u can't snake me on a technicality im not threatening anyone except that corrupt secret service agent."

18 U.S.C. § 875(c)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____

NILS R. KESSLER
Assistant United States Attorney